**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIO GOMEZ GARCIA,

Petitioner,

v.

ACTING OR CURRENT WARDEN, ADELANTO ICE DETENTION FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-03066-JFW-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING IN PART the Petition; (2) Respondents shall provide Petitioner Mario Gomez Garcia (A#: 206-407-057) an individualized bond hearing before an immigration judge within seven days, where the Government bears the burden to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community, or otherwise

///

release Petitioner from custody under the same conditions that existed before Petitioner's detention; and (3) requiring Respondents to file a notice of compliance within seven days of the bond hearing.

DATED: August 26, 2026

HON. JOHN F. WALTER
United States District Judge