JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIO GOMEZ GARCIA,

Petitioner,

v.

ACTING OR CURRENT WARDEN ADELANTO ICE DETENTION FACILITY,

Respondents.

Case No. 5:26-cv-03066-JFW-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted in part, with no further proceedings, consistent with the reasons and findings set forth in the July 31, 2026 Report and Recommendation of United States Magistrate Judge. (Dkt. No. 14.)

DATED: August 26, 2026

HON. JOHN F. WALTER
United States District Judge